IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DAYLON WALDROP, #199886**                                                                    **PLAINTIFF**

**v.**                                   **CIVIL NO. 3:24-cv-649-HTW-LGI**

**MIKE DIXON, ET AL.**                                                               **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS [26],[27]

BEFORE THE COURT are two Report and Recommendations [26],[27] of United States Magistrate Judge LaKeysha Greer Isaac, filed on June 30, 2025. In her first Report and Recommendation [26], Magistrate Judge Isaac recommends that Plaintiff's Motion [23] for a Temporary Restraining Order, which in effect seeks a preliminary injunction, be denied. In her second Report and Recommendation [27], she recommends that Plaintiff's Motion [22] for Default Judgment be denied and that the served Defendants be ordered to respond to Plaintiff's Complaint. Magistrate Judge Isaac directed the parties to file any objections within 14 days. No objections have been filed.

The findings and recommendations are well-taken and the Court hereby **ADOPTS** the Report and Recommendations [26],[27] of the Magistrate Judge as the Orders of this Court.

IT IS THEREFORE ORDERED that Plaintiff's Motion [23] for a Temporary Restraining Order, which in effect seeks a preliminary injunction, is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion [22] for a Default Judgment is DENIED. The served Defendants are directed to respond to Plaintiff's Complaint within 21 days of this Order.

**SO ORDERED** this the 22nd day of October, 2025.

                                                                           s/HENRY T. WINGATE
                                                                           UNITED STATES DISTRICT JUDGE