IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DAYLON WALDROP, #199886**                                                                 **PLAINTIFF**

v.                                                              CIVIL NO. 3:24-cv-649-HTW-LGI

**SUPERINTENDENT MIKE DIXON,**
**WARDEN VIRGIL RIGDON,**
**DISCIPLINARY INVESTIGATOR**
**S. ROBINSON, CID OFFICER K. PAULEY,**
**and DISCIPLINARY HEARING OFFICER**
**DAPHNE ELLIS**                                                                           **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac [docket no. 32]. In her Report and Recommendation, filed December 30, 2025, Magistrate Judge Isaac recommended that Plaintiff's Complaint be dismissed with prejudice as frivolous and for failure to state a claim under 28 U.S.C. § 1915A of the Prison Litigation Reform Act. Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days. No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation, this Court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation [docket no. 32] of the Magistrate Judge as the Order of this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is dismissed with prejudice as frivolous and for failure to state a claim under 28 U.S.C. § 1915A.

**SO ORDERED**, this the 21st day of January, 2026.

                                                                s/HENRY T. WINGATE
                                                                UNITED STATES DISTRICT JUDGE